IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 08-418-TUC-RCC |
| Plaintiff, | **ORDER** |
| vs. | |
| ISRAEL GAXIOLA-BURBOA, | |
| Defendant. | |

The Court has reviewed the Magistrate Judge's Report and Recommendation and the objections filed thereto,

**IT IS ORDERED ADOPTING** the Magistrate Judge's Report and Recommendation (#37)

**IT IS FURTHER ORDERED DENYING** defendant's Motion to Suppress Evidence (#18) and **DENYING** defendant's Motion to Suppress Statement (#19).

Trial remains set at this time for November 18, 2008 at 9:30 a.m.

DATED this 8th day of October, 2008.

Raner C. Collins
United States District Judge